UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
INTERNATIONAL SHIPPING AND LOGISTICS
FZE,

           Plaintiff,

           -v-

SILK ROAD SHIPPING AND TRADING CO. LTD.,

           Defendant.
------------------------------------- x

09 Civ. 5790 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    **IT IS HEREBY ORDERED** that the above captioned case be unsealed.

    SO ORDERED.

                                                       JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 14, 2009



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

FILED: 9-14-09