UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
INTERNATIONAL SHIPPING AND LOGISTICS
FZE,

        Plaintiff,

    -v-

SILK ROAD SHIPPING AND TRADING CO.
LTD.,

        Defendant.
------------------------------------- x

09 Civ. 5790 (JSR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-09

JED S. RAKOFF, U.S.D.J.

        On July 5, 2009, the Court issued an Order For Process of Maritime Attachment restraining defendant's property pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. The Order was to automatically expire after 60 days unless assets were attached and arbitration or an adversary proceeding was commenced. Plaintiff has notified the Court that it has attached funds and, further, that the parties are in the process of finalizing a settlement agreement. Plaintiff has, accordingly, requested a 30-day extension of the Order.

        The Court hereby grants this application, and the Order For Process of Maritime Attachment is extended an additional 30 days, so that its total duration is 90 days from the July 5, 2009 Order. The Order shall automatically expire and be vacated at the end of that period.

        SO ORDERED.

        Dated: New York, NY
              September 2, 2009

                                            JED S. RAKOFF, U.S.D.J.