UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL SHIPPING AND LOGISTICS FZE,<br><br>Plaintiff,<br><br>- against -<br><br>SILK ROAD SHIPPING AND TRADING CO. LTD.,<br><br>Defendant. | 09 CV 5790 (JSR)<br><br>**RELEASE AND DISMISSAL ORDER**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 9-15-09 |

**The Court**, having been notified by counsel for Plaintiff International Shipping and Logistics FZE ("ISL") that ISL and Defendant Silk Road Shipping & Trading Co. Ltd. ("Silk Road") have reached an Agreement dated September 4, 2009 with respect to their underlying maritime dispute and this Supplemental Rule B action and that under said Agreement the entire sum of $4,8237 (the "Attached Funds"), presently under attachment pursuant to the Court's Order of Maritime Attachment and Garnishment, in the possession of garnishee bank Standard Chartered Bank, are to be released to Defendant Silk Road;

**IT IS HEREBY ORDERED** that the Attached Funds are be released and transferred to Silk Road pursuant to the original wire instructions.

**IT IS FURTHER ORDERED** that the Attached Funds shall not be subject to any attachment in New York or otherwise when being released by Standard Chartered Bank pursuant to this Order.

1

**IT IS FURTHER ORDERED** that this action is discontinued without prejudice and without costs subject to being reopened within 30 days if any issues arise concerning the receipt of the Attached Funds.

**SO ORDERED:**

_____
Hon. Jed S. Rakoff

7-11-09